IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSIE GARRIT, as administrator of the estate of DARIUS COLE-GARRIT; UNIQUE HATCHET, on behalf of her minor child;; and FALICIA LEWIS, on behalf of her minor child, | ) ) ) ) | Case No.: 16-cv-7319 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, an Illinois Municipal Corporation; et al. Defendants. | ) ) ) | |

**DEFENDANTS' STATUS REPORT[1]**

Defendants submit the following status report:

1. The parties have reached a settlement in this matter. The settlement amount is inclusive of all attorney's fees and costs.

2. The Estate of Darius Cole-Garrit has retained separate counsel to finalize the probate matter in the County of Cook to handle the distribution to the minor children.

3. The heirs of Mr. Garrit have been finalized in probate.

4. The parties are working on settlement documents.

5. Plaintiff intends to file a motion to approve the settlement amount and counsel's fees and costs once the settlement documents are finalized.

---

[1] Defense counsel emailed Plaintiff's counsel about the status report that this Court ordered the parties to submit. At the time of this filing, defense counsel has not received a response.

Respectfully submitted,

/s/ Gregory Beck

Gregory Beck
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-5146
Gregory.Beck@cityofchicago.org
Attorney for the Defendants

CERTIFICATE OF SERVICE

      I, the undersigned attorney, certify that on May 29, 2023, I electronically filed the above document with the Clerk of the Court via CM/ECF filing system.

/s/ Gregory Beck