IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSIE GARRIT, as administrator of the estate of DARIUS COLE-GARRIT; UNIQUE HATCHET, on behalf of her minor child; DOMONEEC HARRIS, on behalf of her minor child; and FALICIA LEWIS, on behalf of her minor child, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, an Illinois Municipal Corporation, *et al.* <br><br> Defendants. | Case No.: 16-cv-7319 <br><br> JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to the Court's direction (Dkt. 286), the parties, through their respective counsel, provide the following status report:

**HISTORY:**

On September 8, 2023, upon review of the parties' status report indicating that Committee on Finance intended to re-represent the matter for settlement (Dkt. 281), the Court directed the parties to file an updated status report on or before September 18, 2023, and determined that it would not address the pending motion to enforce (Dk. 277) until the parties' next status report was filed (Dkt. 282).

On September 11, 2023, this matter was on the agenda for the City of Chicago's Committee on Finance to reconsider. The Committee on Finance held the matter in committee and did not address it in order to give the Law Department time to do more work on it.

On September 13, 2023, the parties filed a status report with the Court wherein the Law Department represented that it intended to make every effort to effectuate a successful presentation in October (Dkt. 283).

The Committee on Finance met again on October 2, 2023, but the matter was not included in the agenda nor addressed by the Committee.

On October 10, 2023, at the Court's direction (Dkt. 248), the Law Department represented to this Court that it continues to work with the legislative body towards a successful settlement presentation and intended to present the matter again as soon as feasible but could not provide a date certain for its presentation (Dkt. 285). Plaintiffs represented that the additional delay continues to prejudice them (*Id.*).

**UPDATE:**

The Law Department represents that it is going to make its best efforts to present this matter at the December 13, 2023, council meeting.

Plaintiffs have little choice but to rely on the Law Department's representation regarding its intentions to re-present this matter at the next council meeting, but again asserts that the continued delay has and continues to prejudice Plaintiffs.


Respectfully submitted,


*/s/ Matthew Amarin*
Law Offices of Haytham Faraj
1935 West Belmont Avenue
Chicago, IL 60657
Attorney for Plaintiff

*/s/ Caroline Fronczak*
Deputy Corporation Counsel
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, IL 60602
Attorney for Defendants O'Brien and Bansley