# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Susie Garrit, et al.

                              Plaintiff,

v.                                                    Case No.: 1:16−cv−07319
                                                        Honorable Robert W. Gettleman

City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: By agreement of the parties with a stipulated order of dismissal to follow, this case is dismissed with prejudice, with each party bearing its own costs and attorneys' fees. Motion to enforce settlement [277] is terminated as moot. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.