IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSIE GARRIT, as administrator of the estate of DARIUS COLE- GARRIT; UNIQUE HATCHET, on behalf of her minor child; and FALICIA LEWIS, on behalf of her minor child,<br><br>     Plaintiffs,<br>v.<br><br>CITY OF CHICAGO, an Illinois Municipal Corporation; Officer Matthew O'BRIEN, #10634; And Officer James BANSLEY, #10927<br><br>     Defendants. | Case No.: 16-cv-7319<br><br>Honorable Judge Robert W. Gettleman |

**FINAL AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, Susie Garrit, as administrator of the estate of Darius Cole-Garrit, Unique Hatchet, on behalf of her minor child D.C-G, and Falicia Lewis, on behalf of her minor child D.C-G., by their attorney, Haytham Faraj; and Defendants, Matthew O'Brien and James Bansley, by their attorney, Maxwell Lisy, Assistant Corporation Counsel Supervisor; and defendant City of Chicago, by its attorney, Mary Richardson-Lowry, Corporation Counsel of the City of Chicago, and Chicago City Council having enacted an ordinance authorizing the settlement and payment of the settlement funds agreed upon, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiffs, Susie Garrit, as administrator of the estate of Darius Cole-Garrit, Unique Hatchet, on behalf of her minor child D.C-G, and Falicia Lewis, on behalf of her minor child D.C-

G, against defendants, City of Chicago, Matthew O'Brien and James Bansley, are dismissed with prejudice and without leave to reinstate and with each party bearing its own costs and attorneys' fees.

ENTER:____

_____
The Honorable Robert W. Gettleman

DATED:___December 18, 2023___